IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:97-CR-138 |
| ) | |
| JAMES BAXTER FISHER, III ) | |

## O R D E R

This criminal case is before the court on the motion of the defendant for early termination of his supervised release [doc. 75]. There have been no objections by the government nor the defendant's supervising probation officer. Therefore, the court finds the motion well taken and it is hereby **ORDERED** that the defendant's motion is **GRANTED**. The defendant's term of supervised release is **TERMINATED** as of December 1, 2004.

ENTER:

*s/ Leon Jordan*
United States District Judge